No. 1545. PATE, WARDEN *v.* PERRY, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied.

No. 1546. MIRIANI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1548. MAIORANI *v.* KAWASAKI KISEN K. K., KOBE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 1554. DAPPER *v.* MUNICIPAL COURT, SAN DIEGO JUDICIAL DISTRICT. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1561. FRIDENA *v.* ARIZONA OSTEOPATHIC MEDICAL ASSN. ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 1570. BALLY CASE & COOLER, INC.; OF DELAWARE *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 1584. INTRA BANK, S. A. *v.* WILLE, SUPERINTENDENT OF BANKS OF NEW YORK, ET AL.; and

No. 1595. AMERICAN INTERNATIONAL UNDERWRITERS CORP. ET AL. *v.* WILLE, SUPERINTENDENT OF BANKS OF NEW YORK, ET AL. Ct. App., N. Y. Certiorari denied.

No. 1075. PHILLIPS, REFORMATORY SUPERINTENDENT *v.* BOOKER. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1646. COPINGER, WARDEN *v.* BLACKBURN. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.